HELEN K. FINNIGAN, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 44378.)

No opinion. Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.